

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  '08 MJ 8743

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Alfredo FERNANDEZ-Loera, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 18, 2008, within the Southern District of California, defendant Alfredo FERNANDEZ-Loera did knowingly and intentionally import approximately 37.98 kilograms (83.55 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF AUGUST 2008.

Peter C. Lewis
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Alfredo FERNANDEZ-Loera

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On August 18, 2008, at approximately 1151 hours, Alfredo FERNANDEZ-Loera (FERNANDEZ) entered the United States at the Calexico, California, west port of entry. FERNANDEZ was the driver and sole occupant of a 1994 Plymouth Voyager.

FERNANDEZ approached lane number nine which was being manned by Customs and Border Protection Officer (CBPO) Zamora. FERNANDEZ gave a negative customs declaration. CBPO Zamora asked FERNANDEZ if he was the owner of the vehicle and FERNANDEZ stated the vehicle belonged to the shop where he worked. FERNANDEZ also stated he was on his way to Calexico to do some shopping. CBPO Zamora referred FERNANDEZ and the vehicle to the vehicle secondary lot for further inspection.

While at vehicle secondary, CBPO/CEO (Customs Enforcement Officer) Jones was conducting a lot sweep with his assigned Human/Narcotics Detection Dog, when the dog alerted to the vehicle. CBPO/CEO Jones informed CBPO Parker of the alert.

CBPO Parker took over the inspection. CBPO Parker received a negative customs declaration from FERNANDEZ. FERNANDEZ stated he was on his way to Calexico and the vehicle belonged to his friend. Further inspection revealed several packages, concealed under the hood of the vehicle. A total of thirty-six (36) packages were found concealed under the hood of the vehicle.

CBPO Becerra probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 36 packages had a combined weight of approximately 37.98 kilograms (83.55 pounds) of marijuana.

FERNANDEZ was placed under arrest and advised of his rights, per Miranda, which he acknowledged and waived, agreeing to answer questions. FERNANDEZ stated he did not know the vehicle was carrying drugs. FERNANDEZ stated he was on his way to Calexico to help his brother export a refrigerator. FERNANDEZ also stated he borrowed the vehicle from a friend who he met while working on his vehicle.

Special Agent Silva then met with FERNANDEZ'S brother Sabino FERNANDEZ (Sabino). Sabino stated FERNANDEZ was to receive $40.00 dollars to import a vehicle. Sabino also stated he was planning on buying a refrigerator sometime this week but had not told FERNANDEZ it would be today.